ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD P. HEAD,<br>Defendant. | 2:18-cr-00252-CKD<br>ORDER TO DISMISS AND RECALL NO BAIL WARRANT |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:18-cr-00252-CKD is GRANTED.

It is further ordered that the no bail warrant issued on February 26, 2019, is recalled.

IT IS SO ORDERED.

Dated: September 22, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE